**JS-6**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK doing business as BALBOA CAPITAL CORPORATION,<br><br>   Plaintiff,<br><br>   v.<br><br>PB8 DRYWALL, INC., a Washington corporation, and PEDRO NAVARRO BENITEZ, an individual,<br><br>   Defendants. | Case No. 8:24-cv-01693-JWH-DFM<br><br>**JUDGMENT** |

Pursuant to the Order Granting Plaintiff's Motion for Default Judgment entered substantially concurrently herewith, and pursuant to Rules 55 and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1332(a).

2. Plaintiff Ameris Bank, doing business as Balboa Capital Corporation, shall have **JUDGMENT** in its **FAVOR**, and **AGAINST** Defendants PB8 Drywall, Inc. and Pedro Navarro Benitez, jointly and severally, in the amount of **$138,388.55** (consisting of the principal amount due of $123,620.19; prejudgment interest of $7,990.96; litigation costs of $705.00; and attorneys' fees of $6,072.40).

3. Other than potential post-judgment remedies, to the extent that any party requests any other form of relief, such request is **DENIED.**

**IT IS SO ORDERED.**

Dated: March 17, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE